# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TAMEKIA STATON,

       *Plaintiff*,

  v.

CHILDREN'S NATIONAL MEDICAL
CENTER,

       *Defendant.*

No. 20-cv-03328 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's Motion for Summary Judgment, Dkt. 16, is

**GRANTED**.

The Clerk of Court is directed to close this case.

DABNEY L. FRIEDRICH
United States District Judge

September 23, 2022